UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 07, 2025

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE: 23-6136, Herman v. Sig Sauer**
Dist/Ag docket: 5:21-CV-01038-R

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 13, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Kristen E. Dennison
Brian Keith Gibson
Samuel A Haaz
Ryan D. Hurd
Douglas Neal Letter
Colton L. Richardson
G. Calvin Sharpe
Amy D. White
Lyndon Wayne Whitmire
Jonathan T. Woy
Robert Zimmerman

CMW/at